### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JERRY MILLS                                                                                                          PLAINTIFF
ADC #112594

V.                                         NO: 5:15CV00243 PSH

SANDRA LUDLAM *et al*                                                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE